# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

**18-2637**

**SECT. JMAG. 4**

Case No. _____
(to be filled in by the Clerk's Office)

Zamkea Fosselman
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jefferson Parish Sheriff Office, ETAL
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

X Fee $400.00
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Zamkea Fosselman |
   | Street Address | 3861 Timberview Ln. |
   | City and County | Harvey, Jefferson Parish |
   | State and Zip Code | La., 70058 |
   | Telephone Number | 504-444-3241 |
   | E-mail Address | Zamkea@Icloud.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Gary Bordelon
- Job or Title (if known): POLICE OFFICER
- Street Address: 725 Maple Ave.
- City and County: Harvey, Jefferson
- State and Zip Code: Louisiana, 70058
- Telephone Number: 504-364-5300
- E-mail Address (if known):

Defendant No. 2
- Name: Justine Campora
- Job or Title (if known): police officer
- Street Address: 725 Maple Ave
- City and County: Harvey, Jefferson
- State and Zip Code: Louisiana, 70058
- Telephone Number: 504-364-5300
- E-mail Address (if known):

Defendant No. 3
- Name: John Wiebelt
- Job or Title (if known): police
- Street Address: 725 Maple Ave
- City and County: Harvey, Jefferson
- State and Zip Code: La., 70058
- Telephone Number: 504-364-5300
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights 1983, Fourth Amendment was voilated

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to police over reaching, I Zamkea Fosselman experience a lot of set backs. First, I was unable to continue with an expungement process that I stated pursuing in March 2017. Secondly, I was unable to gain employment for several months following my arrest . I was denied empolyment solely because of this arrest which caused stress an anxiety in my life. I'm suing for the yearly pay ,and for all my time which, is irreplaceable. The back in and forward to court, all the disappointment and all the head aches me and my family was left to deal with after the said voilation

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Officers arrived at the residents 4240 Lemans Dr. On March 16,2017.  Officer Justine Campora ring the door bell . The officer choose to lie, inorder for Zamkea Fosselman to open the strom door but instead the lie alerted Ms. Fosselman that something wasn't right .  Now, Officer Gary Bordelon has approached the door in started to scream in pull at the the glass door aggressively.  Ms. Fsselman first called her sister to witness what was going on,and to get in touch with their mother.  The officers had no warrant and didn't give Ms. Fosselman no real reason for them being present at the said resident. So, out of fear Ms. Fosselman called 911 to gain clarity.  The Officers eventually broke into the home. Now, Ms. Fosselman is seated on the sofa, with her baby. Trying not to pose as a threat to the officers. Who has entered her home, without consent , a warrant or no probable cause. It was only three officers outside Justine Campora, Gary Bordelon and John Wiebelt but upon the point of entry their was five police who came inside. One grab her phone, the other grab her baby who was fifthteen months at the time. Then, officer Campora request for her to stand to her feet but before she could fully stand . Ms. Fosselman was punched in the stomach . After , Ms. Fosselman was punch she made a statement out of frustration.  Then, Officer Gary Bordelon tackled her to the floor. Ms. Fosselman was assualted inside of her residents . Her hair was being pulled ,she was being kicked , her two middle fingers was bend back by a unknown uniform male but the attack was done by several officers for no reason other then Ms. Fosselman refused to open her door . She was detained in taking out of her resident to sit in a hot car. While her three children was inside with officers searching her residents. An addition she  was denied medical attention in the jail.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Zamkea Fosselman is asking the courts for Eighty Thousand dollars plus court cost and any fines and fees for punitive and exemplary damages . For emotinal and mental stress and pay for Ms. Fosselman being denied employment .

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/13/2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Zamkea Fosselman

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code _____

Telephone Number _____

E-mail Address _____